GUY O. KORNBLUM (SBN 39974)
gkornblum@kcehlaw.com
YAELLE E. SHAHAM (SBN 294755)
yshaham@kcehlaw.com
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
1388 Sutter Street, Suite 505
San Francisco, California 94109
Telephone: (415) 440-7800
Fax: (415) 440-7898

Attorneys for Plaintiff
WILLIAM D. SINGERMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WILLIAM D. SINGERMAN, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-CV-06866-KAW <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

TO THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that this action is hereby dismissed by Plaintiff WILLIAM D. SINGERMAN in its entirety. This dismissal is made pursuant to F.R.C.P. 41(a).

DATED: January 28, 2020

KORNBLUM, COCHRAN,
ERICKSON & HARBISON, LLP

By: /s/ Guy O. Kornblum
GUY O. KORNBLUM
Attorneys for Plaintiff William D. Singerman

**GRANTED**
Judge Edward M. Chen

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)

DATED: January 30, 2020